**Order entered September 5, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01524-CR
No. 05-18-01525-CR
No. 05-18-01526-CR

**JUAN MIGUEL LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-00358-N, F17-00360-N & F17-00362-N**

## ORDER

Before the Court is appellant's motion for a third extension of time to file his brief. When the Court granted his second request for 60 days, we cautioned appellant that the failure to file a brief by September 3 might result in the appeals being abated for a hearing under rule 38.8(b)(3).

Nevertheless, after reviewing the motion and the record, we **GRANT** the motion and **ORDER** appellant's brief due no later than 5:00 p.m. on October 3, 2019. Should appellant fail to file a brief by that date, the Court will take whatever action it deems appropriate, which may include abating the appeal for a hearing to determine the adequacy of representation or removing

appellate counsel for the appointment of new counsel.

/s/    BILL PEDERSEN, III
        JUSTICE